**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | 05-4214M |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| CHRISTOPHER MARCELLUS JONES, | ) | |
| Defendant. | ) | |

    The defendant appeared in court with counsel and, with the exception of Allegation "E", admitted to violating his conditions of supervised release as set forth in the Petition to Revoke:

    IT IS ORDERED, pursuant to F.R.Crim.P. 32.1 and 18 U.S.C. §3583 (g), revoking the defendant's supervised release.

    IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for a term of ninety (90) days. Pursuant to 18 U.S.C. §3583 (h), upon release from custody, the defendant will be placed on one year of supervised release, with credit for the ninety (90) days incarceration. Defendant's conditions of supervised release shall be the same as those imposed on October 20, 2005 with the following additions: Upon release from custody defendant shall, for a period of one hundred twenty days, reside at and successfully participate in all programs at a Community Corrections Center. Defendant shall not return to the Navajo Indian Reservation. Upon transition from the Community

1  Corrections Center defendant shall reside at a location approved by his supervising probation
2  officer. Defendant shall submit his person, property (including but not limited to computer,
3  electronic devices, and storage media), residence, office, and vehicle to a search conducted
4  by a probation officer, at a reasonable time and in a reasonable manner. Defendant is
5  prohibited from owning, possessing, maintaining or using a firearm.
6      IT IS RECOMMENDED that the defendant serve his period of incarceration at the
7  Coconino County Jail.
8      DATED this 11th day of May, 2006.

_____
Mark E. Aspey
United States Magistrate Judge